SERGENIAN LAW
a Professional Corporation

Sergenian Law,
a Professional Corporation

808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
www.sergenianlaw.com

David A. Sergenian
(213) 435-2035
david@sergenianlaw.com

September 18, 2026

VIA ECF

The Honorable James Donato
United States District Judge
United States District Court for the Northern District of California
Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re: *Interdata Network, Inc., et al. v. Wang, et al.*, N.D. Cal. Case No. 3:25-cv-03798-JD Response to Plaintiffs' Discovery Letter Regarding the Deposition of Defendant Hu (Dkt. 95)

Dear Judge Donato:

Defendant Frank Hu responds to plaintiffs' discovery letter (Dkt. 95) as directed by the Court's September 15 order (Dkt. 96). The relief plaintiffs requested has been resolved by agreement since the letter was filed, and no order is needed.

Plaintiffs asked the Court to order Mr. Hu to appear by videoconference on September 21, 2026, or on a date he identifies during the week of September 21 or September 28, and to arrange any interpreter at his own expense. Dkt. 95 at 2. On September 16, undersigned counsel offered October 2, 2026, by Zoom, a date within the week of September 28. Plaintiffs accepted the date in writing on September 17 and stated that they would move the court reporter and serve an amended notice. Plaintiffs also withdrew their request that Mr. Hu bear the cost of the interpreter, and on September 18 confirmed that they will arrange a certified Mandarin interpreter for the deposition. Mr. Hu, who is not a native English speaker, has confirmed that he is available for the full day on October 2, as plaintiffs requested for an interpreted deposition.

Plaintiffs filed their letter knowing that counsel was traveling through September 15 and had offered to confer on September 16. Dkt. 95 at 1. The parties agreed on the date and the interpreter within two days of that offer.

Mr. Hu will appear for his deposition by videoconference on October 2, 2026, with the interpreter arranged by plaintiffs, whether or not the Court enters an order. He respectfully requests that the Court deny Dkt. 95 as moot.

Respectfully submitted,

/s/David A. Sergenian
David A. Sergenian

Sergenian Law, a Professional Corporation
*Counsel for Defendant Frank Hu*

cc: All counsel of record (via ECF)